| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>Sleet, Gregory M | 2. Court or Organization<br>US District Court,District of | 3. Date of Report<br>5/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br>Article III Judge | 5. ReportType (check appropriate type)<br>○ Nomination, Date 1/27/1998<br>○ Initial ⦿ Annual ○ Final | 6. Reporting Period<br>1/1/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br>United States District Court<br>844 King Street, Lockbox 19<br>Wilmington, DE 19801 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Member | Board of Overseers, Widener University School of Law |
| 2. | Member of Advisory Board | Board of Trustees, St. Michael's School and Day Nursery |
| 3. | Council Member | Criminal Justice Council, State of Delaware |
| 4. | Member | Board of Directors, Delaware Community Foundation |
| 5. | Chair | Victim's Advisory Committee, Criminal Justice Council SubCommittee |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |

RECEIVED May 19 11 29 AM '04 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sleet, Gregory M | 5/14/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income
☑ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)
☐ **NONE** - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2003 | E.I. Dupont de Nemours & Co., Inc. |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ **NONE** - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. Third Circuit Judicial Conference | Judicial conference, Philadelphia, PA |
| 2. Criminal Trial Advocacy Course | Judge mock trials @ Nat'l Advocacy Center, Columbia, SC |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VL. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☑ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Sleet, Gregory M | 5/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. North Amer. Life/Variable Ann., formerly New England Life | A | Interest | K | T | | | | | |
| 2. PNC Bank,IRA(cash equivalent acct @ financial institution) | A | Interest | J | T | | | | | |
| 3. DuPont, Inc., Common Stock | B | Dividend | J | T | | | | | |
| 4. DuPont, Inc., 401k | D | Interest | M | T | | | | | |
| 5. Money Market, Wilmington Trust | A | Interest | J | T | | | | | |
| 6. Invest. Co. of America, Mutual Fund, American Funds Group | A | Interest | J | T | | | | | |
| 7. Invest. Co. of America, Mutual Fund, American Funds Group | A | Interest | J | T | | | | | |
| 8. Invest. Co. of America, American Funds Group | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A =$1,000 or less | B =$1,001-$2,500 | C =$2,501-$5,000 | D =$5,001-$15,000 | E =$15,001-$50,000 |
| (See Columns B1 and D4) | F =$50,001-$100,000 | G =$100,001-$1,000,000 | H1 =$1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J =$15,000 or less | K =$15,001-$50,000 | L =$50,001-$100,000 | M =$100,001-$250,000 | |
| (See Columns C1 and D3) | N =$250,000-$500,000 | O =$500,001-$1,000,000 | P1 =$1,000,001-$5,000,000 | P2 =$5,000,001-$25,000,000 | |
| | P3 =$25,000,001-$50,000,000 | | P4 =$More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash/Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Sleet, Gregory M | 5/14/2004 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS     (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____          Date  May 14, 2004

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544